# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.  CASE NO. 3:18-CR-136 (JAM)

KAKRA GYAMBIBI

## AMENDED JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on June 14, 2019 be amended as follows:

**"The The defendant shall self-surrender directly to the facility designated by the Federal Bureau of Prisons on July 1, 2019 at 12 noon under her own power and at her own expense. In the event the defendant does not receive a designation by the Bureau of Prisons prior to the surrender date, the defendant must self-surrender to the United States Marshals Service by noon on July 1, 2019."**

In all other respects the Judgment & Order of Commitment entered by this Court on June 14, 2019 remains the same.

It is So Ordered.

Dated at New Haven this 17th day of June 2019.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge